IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-MC-091-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| APPROXIMATELY $22,908.66 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Extension Of Time To File Forfeiture Complaint" (Document No. 1) filed May 18, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Extension Of Time To File Forfeiture Complaint" (Document No. 1) is **GRANTED**. The Government may file its Complaint on or before **June 27, 2022**.

**SO ORDERED**.

Signed: May 20, 2022

David C. Keesler
United States Magistrate Judge